UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. ORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRAN-<br>CISCO, et al.,<br><br>    Defendants. | Case No.  25-cv-11017-AGT<br><br>**ORDER GRANTING ADDITIONAL<br>TIME TO SERVE**<br><br>Re: Dkt. No. 4 |

Plaintiff Christopher P. Ore, proceeding pro se, filed a complaint in this matter on December 29, 2025. *See* dkt. 1. The defendants have not yet been served. On March 5, 2026, Ore requested additional time to serve the defendants. Dkt. 4.

Federal Rule of Civil Procedure 4(m) requires that if a defendant is not served within ninety days, the Court (after notice to the plaintiff) must order that service be made within a specified time or dismiss the action against the unserved defendant. Fed. R. Civ. P. 4(m). "[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.* In light of Ore's pro se status, the Court grants Ore's request to serve the defendants by June 27, 2026, and continues all currently-set case deadlines in this matter until after the defendants have been served and appeared.

If Ore does not serve the defendants by June 27, 2026, then the Court may (i) ask that this action be transferred to a district court judge and (ii) recommend that the district

court judge dismiss the unserved defendants from this action without prejudice. If none of

the defendants have been served by June 27, 2026, then the Court may recommend dismissal

of this entire action without prejudice.

This order dispenses with dkt. 4.

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____
Alex G. Tse
United States Magistrate Judge